## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN COTTILLION and BEVERLY
ELDRIDGE, on behalf of themselves and all
others similarly situated,

        Plaintiffs,

    v.

UNITED REFINING COMPANY, UNITED
REFINING COMPANY PENSION PLAN
FOR SALARIED EMPLOYEES, UNITED
REFINING COMPANY RETIREMENT
COMMITTEE, and JOHN and MARY DOES
1 to 10,

        Defendants.

Case No. 1:09-cv-00140-SJM

### MOTION FOR ADMISSION PRO HAC VICE OF CHRISTOPHER J. RILLO

Robert L. Byer, a member of the bar of this Court, moves for the admission of Christopher J. Rillo *pro hac vice* in the above-captioned matter. In support thereof:

1.      Defendants United Refining Company, United Refining Company Pension Plan for Salaried Employees and United Refining Company Retirement Committee have retained Mr. Rillo, together with movant, to represent them in the defense of this action.

2.      Mr. Rillo is a licensed practicing lawyer with the law firm of Schiff Hardin LLP. He was admitted to the California state bar in 1983. He is a member in good standing of the bars in which he is licensed and admitted. Mr. Rillo has not been the subject of any disciplinary proceedings and has not been denied admission to any state or federal court. He is competent to practice before this Court and is of good personal and professional character.

3.      Mr. Rillo is a registered user of this Court's Electronic Case Filing System. He agrees in appearing before this Court to comply with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Western District of Pennsylvania, and the

Rules of Professional Responsibility.

Therefore, movant requests that Mr. Rillo be admitted *pro hac vice*.

/s/ Robert L. Byer
Robert L. Byer
Pa. I.D. No. 25447
Duane Morris LLP
600 Grant Street, Suite 5010
Pittsburgh, PA  15219

Christopher J. Rillo
Schiff Hardin LLP
1 Market Spear Tower, 32nd Floor
San Francisco, CA  94108

Matthew D. Lahey
Lisa Carey-Davis
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, IL  60606

Counsel for Defendants United Refining
Company, United Refining Company
Pension Plan for Salaried Employees and
United Refining Company Retirement
Committee

September 14, 2009