IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN COTTILLION and BEVERLY ELDRIDGE, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>UNITED REFINING COMPANY, UNITED REFINING COMPANY PENSION PLAN FOR SALARIED EMPLOYEES, UNITED REFINING COMPANY RETIREMENT COMMITTEE, and JOHN and MARY DOES 1 to 10,<br><br>           Defendants. | Case No. 1:09-cv-00140-SJM |

## MOTION FOR ADMISSION PRO HAC VICE OF LISA CAREY-DAVIS

Robert L. Byer, a member of the bar of this Court, moves for the admission of Lisa Carey-Davis *pro hac vice* in the above-captioned matter. In support thereof:

1. Defendants United Refining Company, United Refining Company Pension Plan for Salaried Employees and United Refining Company Retirement Committee have retained Ms. Carey-Davis, together with movant, to represent them in the defense of this action.

2. Ms. Carey-Davis is a licensed practicing lawyer with the law firm of Schiff Hardin LLP. She was admitted to the Illinois state bar in 2006. She has also been admitted to practice before the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Seventh Circuit. She is a member in good standing of the bars in which she is licensed and admitted. Ms. Carey-Davis has not been the subject of any disciplinary proceedings and has not been denied admission to any state or federal court. She is competent to practice before this Court and is of good personal and professional character.

3. Ms. Carey-Davis is a registered user of this Court's Electronic Case Filing

System. She agrees in appearing before this Court to comply with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Western District of Pennsylvania, and the Rules of Professional Responsibility.

Therefore, movant requests that Ms. Carey-Davis be admitted *pro hac vice*.

/s/ Robert L. Byer
Robert L. Byer
Pa. I.D. No. 25447
Duane Morris LLP
600 Grant Street, Suite 5010
Pittsburgh, PA  15219

Christopher J. Rillo
Schiff Hardin LLP
1 Market Spear Tower, 32nd Floor
San Francisco, CA  94108

Matthew D. Lahey
Lisa Carey-Davis
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, IL  60606

Counsel for Defendants United Refining Company, United Refining Company Pension Plan for Salaried Employees and United Refining Company Retirement Committee

September 14, 2009