# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN COTTILLION and BEVERLY ELDRIDGE, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED REFINING COMPANY, UNITED REFINING COMPANY PENSION PLAN FOR SALARIED EMPLOYEES, UNITED REFINING COMPANY RETIREMENT COMMITTEE, and JOHN and MARY DOES 1 to 10,<br><br>      Defendants. | Case No.  1:09-cv-00140-SJM |

## **MOTION FOR ADMISSION PRO HAC VICE OF SUZANNE MARIE ARPIN**

Robert L. Byer, a member of the bar of this Court, moves for the admission of Suzanne Marie Arpin *pro hac vice* in the above-captioned matter.  In support thereof:

    1.    Defendants United Refining Company, United Refining Company Pension Plan for Salaried Employees, and United Refining Company Retirement Committee have retained Ms. Arpin, together with movant, to represent them in the defense of this action.

    2.    Ms. Arpin is a licensed practicing lawyer with the law firm of Schiff Hardin LLP.  She was admitted to the Connecticut Bar in 1994; the New York Bar in 1995; and the Georgia Bar in 2004.  She is a member in good standing of the bars in which she is licensed and admitted.  Ms. Arpin has not been the subject of any disciplinary proceedings and has not been denied admission to any state or federal court.  She is competent to practice before this Court and is of good personal and professional character.

    3.    Ms. Arpin  is a registered user of this Court's  Electronic Case Filing System.  She agrees in appearing before this Court to comply with the Federal Rules of Civil Procedure, the

Local Rules of the United States District Court for the Western District of Pennsylvania, and the Rules of Professional Responsibility.

  WHEREFORE movant requests that Ms. Arpin be admitted *pro hac vice*.

              /s/ Robert L. Byer_____
              Robert L. Byer
              Pa. I.D. No. 25447
              James P. Hollihan
              Pa. I.D. No. 33266
              Duane Morris LLP
              600 Grant Street, Suite 5010
              Pittsburgh, PA 15219

              Christopher J. Rillo
              Schiff Hardin LLP
              1 Market Spear Tower, 32nd Floor
              San Francisco, CA 94108

              Matthew D. Lahey
              Lisa Carey-Davis
              Schiff Hardin LLP
              233 South Wacker Drive, Suite 6600
              Chicago, IL 60606

              Suzanne Marie Arpin
              Schiff Hardin LLP
              One Atlantic Center, Suite 2300
              1201 West Peachtree Street
              Atlanta, Georgia  30309

              Counsel for Defendants United
              Refining Company, United Refining
              Company Pension Plan for Salaried
              Employees and United Refining
              Company Retirement Committee

September 23, 2009