IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN COTTILLION and BEVERLY ELDRIDGE, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| -v- | )   Case No. 1:09-cv-00140-SJM |
| | ) |
| UNITED REFINING COMPANY, UNITED REFINING COMPANY PENSION PLAN FOR SALARIED EMPLOYEES, UNITED REFINING COMPANY RETIREMENT COMMITTEE, and JOHN AND MARY DOES 1 to 10, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Having carefully considered Defendants' motion for leave to file documents under seal (Doc. 65), IT IS HEREBY ORDERED THAT:

Defendants' motion for leave to file the following documents under seal in connection with Defendants' Reply Brief in Support of Defendants' Cross-Motion for Protective Order ("Defendant's Brief") is GRANTED:

      (a)    URC 001331-1336 CONFIDENTIAL, designated in Defendants' Brief as Exhibit P; and

      (b)    The chart entitled "Corrections of Plaintiffs Representations," designated in Defendants' Brief as Exhibit G

for the following reasons:

1.    The Court entered the Stipulated Protective Order (Doc. 41) in this action on October 8, 2010, and the Addendum on January 27, 2011 (Doc. 43), which allow for certain

2

documents, information and things involved in this litigation to be designated and kept confidential in order to protect the sensitive or proprietary business, commercial, or personal information of the parties and certain third parties.

2. The Stipulated Protective Order and Addendum have been entered in accordance with the discretion afforded to the Court under Fed.R.Civ.P. 26.

3. In accordance with the Stipulated Protective Order and the Addendum, Defendants and third parties have produced certain documents that they have designated as "Confidential Material."

4. In connection with Defendants' Brief, Defendants intend to rely upon certain documents that have been designated as Confidential Material, pursuant to the Stipulated Protective Order and Addendum, and upon documents that contain references to Confidential Material.

5. Accordingly, good cause exists to permit the aforementioned documents to be filed under seal.

SO ORDERED.

Dated: _____, 2011          _____
                                       SEAN J. McLAUGHLIN
                                       United States District Judge