IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN COTTILLION and BEVERLY ELDRIDGE, on behalf of themselves and all others similarly situated,<br>　　　Plaintiffs | )<br>)<br>)<br>)<br>) | |
| v. | )<br>) | Case No. 1:09-cv-00140-SJM |
| UNITED REFINING COMPANY, UNITED REFINING COMPANY PENSION PLAN FOR SALARIED EMPLOYEES, UNITED REFINING COMPANY RETIREMENT COMMITTEE, and JOHN and MARY DOES 1 to 10,<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ELECTRONICALLY FILED |

**MOTION FOR ADMISSION PRO HAC VICE
OF DIANE M. SOUBLY, ESQUIRE**

Movant Marissa Savastana Watts, Esquire, files this Motion for Admission Pro Hac Vice of Diane M. Soubly, Esquire, pursuant to Rule 83.2 of the Local Rules of the United States District Court for the Western District of Pennsylvania and states as follows:

1.　　Movant Marissa Savastana Watts, Esquire, has been a member in good standing of the Bar of the United States District Court for the Western District of Pennsylvania since 2003 and hereby moves the admission of Diane M. Soubly, Esquire, for the purpose of representing defendants United Refining Company, United Refining Company Pension Plan for Salaried

Employees and United Refining Company Retirement Committee (hereinafter collectively referred to as "Defendants").

2. Attorney Soubly is a licensed practicing lawyer with the law firm of Schiff Hardin LLP in its Chicago, Illinois and Ann Arbor, Michigan offices. She is admitted to the Michigan and Illinois bars, and is a member in good standing of the bars in which she is licensed and admitted.

3. Attorney Soubly has not been the subject of any disciplinary proceedings and has not been denied admission to any state or federal court. She is competent to practice before this Honorable Court and is of good personal and professional character.

4. Attorney Soubly's Affidavit in support of this Motion is attached hereto as Exhibit A and is incorporated herein by reference.

5. Attorney Soubly is counsel to Defendants, who wish to engage her in the defense of this action.

6. Attorney Soubly certifies that she has submitted an application to be registered as a user of the United States District Court for the Western District of Pennsylvania's Electronic Case Filing System.

7. Attorney Soubly further certifies that she is familiar with, understands and agrees to comply with the standards of practice set forth in the Federal Rules of Civil Procedure, the Local Civil Rules for the United States District Court for the Western District of Pennsylvania and the Rules of Professional Responsibility.

WHEREFORE, movant Marissa Savastana Watts, Esquire, respectfully requests this Honorable Court admit Diane M. Soubly, Esquire, pro hac vice for the purpose of representing defendants United Refining Company, United Refining Company Pension Plan for Salaried Employees and United Refining Company Retirement Committee in this action.

Respectfully submitted,

/s/ Marissa Savastana Watts
Marissa Savastana Watts
PA Bar I.D. No. 91201
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7613
FAX (814) 454-4647
mwatts@mijb.com

sav/1306078

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2012 the foregoing Motion for Admission Pro Hac Vice of Diane M. Soubly, Esquire was filed electronically with the Clerk of Court, using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's ECF system and constitutes service of this filing under Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.

/s/ Marissa Savastana Watts
Marissa Savastana Watts