IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN COTTILLION, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED REFINING COMPANY, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 09-140 Erie<br>)<br>)  Judge Cathy Bissoon<br>)<br>)<br>) |

**MEMORANDUM AND ORDER**

**I.  MEMORANDUM**

Upon consideration of the Status Report (Doc. 334) jointly submitted by the parties, the Court determines that the proposed order submitted by Defendants is most consistent with the guidelines and analyses set forth in this Court's Memorandum and Order dated June 30, 2016 (Doc. 330).  As previously intimated, the Court believes that the resulting fee award is both sufficient and generous.  The Court, therefore, adopt Defendants' proposal, and hereby enters the following:

**II.  ORDER**

Consistent with the above Memorandum, and the Memorandum and Order dated June 30, 2016 (Doc. 330), the Court holds as follows.

  1.  An award of fees to Plaintiffs is appropriate.

  2.  Reasonable attorney rates are as follows:  $375/hour for Attorneys Brett, Doyle, Payne, Stember and Ewing; $325/hour for Attorney Hurt; $225 for Attorney Bailey; $185 for Attorneys McDonnell and Martin; and $90 for work performed by law clerks.

3. The 51.75 hours that Plaintiffs billed for a mediation scheduled on November 1, 2010, will be reduced by half.

4. The 58.1 hours that Plaintiffs billed for a settlement conference held in January 2013, will be reduced by half.

5. The 214.65 hours that Plaintiffs billed for work on the motion proposing final remedy (Doc. 203) will be reduced by half.

6. The 133.60 hours that Plaintiffs billed for work on a motion to strike expert testimony (Doc. 167) will be reduced by half.

7. The 253 hours that Plaintiffs billed for work on a motion for class certification (Doc. 89) will be reduced by half.

8. The 61.3 hours that Plaintiffs billed for work to renew that motion and file a second motion for class certification (Doc. 191) will be reduced by half.

9. The 583.2 hours that Plaintiffs billed for work on a motion for summary judgment (Doc. 112) and renewed motion for summary judgment (Doc. 138) will be reduced by half.

10. The 424.45 hours that Plaintiffs billed for work on appellate issues will be reduced by half.

11. In accordance with the chart below, attorneys' fees of $1,139,311.99 are awarded.

12. Costs in the amount of $55,386.24 are awarded, without reduction.

| Name | Rate | Hours | Fees | Deducted Hours | Deducted Fees |
|---|---|---|---|---|---|
| Tybe Brett | 375.00 | 2124.75 | 796,781.25 | 387.125 | 145,171.88 |
| Ellen Doyle | 375.00 | 54.10 | 20,287.50 | | |
| Pamina Ewing | 375.00 | 17.25 | 6,468.75 | 2.25 | 843.75 |
| Joel Hurt | 325.00 | 1847.00 | 600,275.00 | 345.675 | 112,344.38 |
| Sarah Martin | 185.00 | 2.20 | 407.00 | | |
| Ruairi McDonnell | 185.00 | 35.40 | 6,549.00 | 6.95 | 1,285.75 |
| William Payne | 375.00 | 3.60 | 1,350.00 | | |
| John Stember | 375.00 | 3.50 | 1,312.50 | 1.00 | 375.00 |
| Kathryn Bailey | 225.00 | 0.30 | 67.50 | | |
| Law Clerks | 90.00 | 74.55 | 6709.50 | 1.6 | 144.00 |
| | | | 1,440,208.00 | | (260,164.76) |
| **Reduced Lodestar** | 350.00 | 116.375 | | | (40,731.25) |
| **Total Attorneys' Fees** | | | | | 1,139,311.99 |

**IT IS SO ORDERED**.

August 26, 2016                                s\Cathy Bissoon
                                               Cathy Bissoon
                                               United States District Judge

cc (via ECF email notification):

All counsel of record

3