IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN COTTILLION and BEVERLY ELDRIDGE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>UNITED REFINING COMPANY, UNITED REFINING COMPANY PENSION PLAN FOR SALARIED EMPLOYEES, UNITED REFINING COMPANY RETIREMENT COMMITTEE, and JOHN and MARY DOES 1 to 10.<br><br>        Defendants. | C.A. No.: 1:09-cv-00140 Erie<br><br>Honorable Cathy Bissoon |

## ORDER

AND NOW, upon consideration of the JOINT MOTION TO VACATE MEMORANDUM AND ORDER OF JUNE 30, 2016, it is **ORDERED** that said Motion is **GRANTED**. The Memorandum and Order entered June 30, 2016 (Document No. 330) is hereby vacated and deemed withdrawn. It appearing that there are no other pending matters before the Court, this case is marked CLOSED.

BY THE COURT:

October 13, 2016

s\Cathy Bissoon
Honorable Cathy Bissoon, U.S.D.J.

cc (via ECF email notification):

All Counsel of Record